AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Title 36, C.F.R. § 2.34(a)(1) - Disorderly Conduct (Class B Misd.); Title 36, C.F.R. § 2.31(a)(3) - Vandalism to a Vehicle (Class B Misd.)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum Jail term of six months
Maximum Fine $5,000
Mandatory Special Assessment $10

### DEFENDANT - U.S.

▶ THANH DINH, CUONG TRAN, and QUANG TRAN

DISTRICT COURT NUMBER

**0116 MAG**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY M. THOMAS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
1355 Sandia Avenue
Sunnyvale, California 94806

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THANH DINH, and ) <br> CUONG TRAN, and ) <br> QUANG TRAN, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. MAG <br><br> VIOLATIONS: Title 36, Code of Federal Regulations, Section 2.31(a)(3)– Vandalism to a Vehicle (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 2.34(a)(1) – Disorderly Conduct (Class B Misdemeanor) <br><br> SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.34(a)(1) – Disorderly Conduct

On or about June 23, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendants,

THANH DINH,
CUONG TRAN, and
QUANG TRAN,

engaged in fighting, threatening, and in violent behavior with the intent to cause public alarm, nuisance, jeopardy, and violence, and knowingly and recklessly creating a risk thereof, to wit:

INFORMATION

unprovoked, defendants engaged in a physical altercation that resulted in victims R.S., R.G., R.T., & A.S. being struck with closed fists, and that resulted in bottles and rocks being thrown at victims R.S., R.T., R.G., and A.S., while in or near their car, in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1), a Class B Misdemeanor.

COUNT TWO: 36 C.F.R. § 2.31(a)(3) – Vandalism to a Vehicle

On or about June 23, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreation Area, an area administered by the National Park Service, the defendant,

THANH DINH,

did destroy, injure, deface, and damage property, to wit: a Dodge Caravan, by throwing rocks and glass beer bottles at it, in violation of Title 36, Code of Federal Regulations, Section 2.31(a)(3), a Class B Misdemeanor.

DATED: February 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION