JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

LINDSAY HOOPES
Law Clerk

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0116 MAG |
|     Plaintiff, | |
| v. | **MOTION FOR SUMMONS** |
| THANH DINH, and, <br> CUONG TRAN, and <br> QUANG TRAN, <br>     Defendants. | |

    Based on the facts set forth in the Declaration of Lindsay B. Hoopes in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Quang Tran, at 2928 Nieman Boulevard Apt. #309, San Jose, California, 95148.

//

//

//

//

//

MOTION FOR SUMMONS
Case No. CR 08-0116 MAG

The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 21, 2008                    /s/
WENDY THOMAS
Special Assistant United States Attorney