1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   Case No. CR 08-0116 MAG
                                       )
12        Plaintiff,                   )
                                       )
13     v.                              )   **[PROPOSED] ORDER FOR SUMMONS**
                                       )
14  THANH DINH, and,                   )
    CUONG TRAN, and,                   )
15  QUANG TRAN,                        )
                                       )
16        Defendants.                  )
    _____)

17

18

       Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause
19
    exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.
20
    58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Quang Tran,
21
    2829 Nieman Boulevard, Apt. 309, San Jose, California, 95148, to appear on April 16, 2008 at
22
    9:30 a.m. before the Honorable James Larson to answer the Information that has been filed by
23
    the United States Attorney.
24

25
       IT IS SO ORDERED.
26

27  Dated: _____        _____
                                           THE HON. JOSEPH C. SPERO
28                                         United States Magistrate Judge

    ORDER  FOR SUMMONS
    Case No. CR 08-0116 MAG