LAW OFFICES OF
BRIAN P. BERSON
235 MONTGOMERY STREET, SUITE 625
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415)788-2707

FACSIMILE
(415)392-5275

April 29, 2008

Wings Hom
Courtroom Deputy to Magistrate Judge James Larson
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re: US v. Dinh, et al., CR 08-116-JL

Dear Mr. Hom:

As we recently discussed, the ECF noting the appointment of counsel to the various defendants has Ms. Raffanti and me representing each other's clients, to whom we had previously been assigned by the FPD's office. Ms. Raffanti has already met with her client, Cuong Tran, and I have had telephonic communications with my client, Quang Tran. When you have an opportunity, we would appreciate a corrected ECF.

Thank you for your anticipated cooperation.

Regards,

Brian Berson
Attorney for Quang Tran

cc: Susan Raffanti