DOCUMENTS UNDER SEAL □                TOTAL TIME (mins): 05

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | REPORTER/FTR 11:03-11:08 |
|---|---|---|

| MAGISTRATE JUDGE JAMES LARSON | DATE August 14, 2008 | | NEW CASE □ | CASE NUMBER CR08-0116 MAG |
|---|---|---|---|---|

## APPEARANCES

| DEFENDANT Quang Tran | AGE | CUST N | P/NP NP | ATTORNEY FOR DEFENDANT Brian Berson | PD. □ RET. □ APPT. |
|---|---|---|---|---|---|

| U.S. ATTORNEY Wendy Thomas | INTERPRETER | FIN. AFFT □ SUBMITTED | COUNSEL APPT'D □ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL □ | PARTIAL PAYMENT OF CJA FEES □ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | ☒ STATUS |
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

## INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 10-2-08 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | □ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 11:00 a.m. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. JL | □ DETENTION HEARING | | ☒ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Deft to file mo to suppress by 8/28; Govt's opp due 9/18; reply on 9/25/08.

cc: Venice,

DOCUMENT NUMBER: