```
Brian P. Berson, Esq.
State Bar No. 130249
Law Office of Brian P. Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104
BrianBerson@yahoo.com
Telephone: (415) 788-2707
Facsimile: (415) 392-5275
```

FILED

`08 AUG 26 PM 12: 57`

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for **QUANG TRAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 08-0116-MAG(JL) |
|---|---|
| Plaintiff, | ) **NOTICE AND MOTION TO** |
| vs. | ) **SUPPRESS IDENTIFICATIONS** |
| QUANG TRAN, et al. | ) Date: October 2, 2008 |
| | ) Time: 11:00 a.m. |
| | ) Courtroom: P |
| Defendants. | ) |
| | ) **SPEEDY TRIAL ACT:** |
| | ) **EXCLUDABLE TIME:** |
| | ) **18 U.S.C. §3161(h)(1)(F)** |

TO THE UNITED STATES ATTORNEY OF THE NORTHERN DISTRICT OF CALIFORNIA AND TO SPECIAL ASSISTANT U.S. ATTORNEY WENDY THOMAS:

PLEASE TAKE NOTICE that at the above date, time, and courtroom, or soon thereafter as this matter may be heard, defendant Quang Tran, through undersigned counsel, will and hereby does move this Court to suppress identifications made at the showup in connection with Tran's arrest in this case. This motion is based on the accompanying memorandum and declaration, the Fifth Amendment to the Constitution, the record and files of this case, and such evidence and argument that will be presented at the hearing on this motion.

1

An evidentiary hearing is requested. Co-defendant Cuong Tran joins in this motion.

8/25/08

Respectfully Submitted,

*/s/ Brian Berson*
BRIAN BERSON
ATTORNEY FOR QUANG TRAN