CERTIFICATE OF SERVICE

I, David Jones, declare as follows:

On August 25, 2008, I mailed a copy of the foregoing

Notice and Motion to Suppress Identifications for Quang

Tran in U.S. v. Tran, CR08-0116-MAG(JL), to:

Wendy Thomas
Special Assistant U.S. Attorney
11th Floor, Federal Building
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102

and faxed a copy of the foregoing document to:

Susan Raffanti
fax number: 510-839-1622

I declare under penalty of perjury that the foregoing

is true and correct. Executed this day 25th of August, 2008

in San Francisco, California.

David Jones