UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

      Plaintiff(s),                             No.CR08-0116 JL

      v.                                     **NOTICE OF CONTINUANCE**

QUANG TRAN; CUONG TRAN

      Defendant(s).

_____/

    Defendants' motion to suppress in the above entitled case is hereby continued (from October 2, 2008) to October 9, 2008 at 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: August 29, 2008

                                                      _____
                                                      Wings Hom Courtroom Deputy  to
                                                      Chief United States Magistrate Judge
                                                      James Larson