

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     *(415) 436-6809*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*     *FAX:(415) 436-7234*

September 3, 2008

Wings Hom
Court Clerk to the Honorable James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    U.S. v. Quang Tran, Cuong Tran, CR 08-0116 MAG
           Date for hearing

Dear Mr. Hom:

    This letter serves as a request to re-schedule the potential evidentiary hearing in the above referenced matter to October 21, 2008, at 1:30 p.m.  I have spoken to counsel for Quang Tran, Brian Berson, and counsel for Cuong Tran, Susan Raffanti, and both parties are available on October 21, 2008, at 1:30 p.m. for the potential evidentiary hearing.  The reason I am requesting the matter be re-scheduled is that I have a trial set for the date previously agreed upon by the parties, October 7, 2008.

    Should you have any questions, please contact me at (415) 436-6809.  Thank you so much for your assistance in this matter.

    Sincerely,

    JOSEPH P. RUSSONIELLO
    United States Attorney


    _____/s/_____
    WENDY THOMAS
    Special Assistant United States Attorney